IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-253

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | ORDER |
| NAZIM HOSEIN (1) | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to dismiss the indictment based on an claims that he never entered a valid contract and that the United States does not have a lawful monetary system. (Doc. No. 10).

In considering a motion to dismiss, a court may not review the sufficiency of the evidence supporting an indictment. United States v. Willis, 346 F.3d 476, 488 (4th Cir. 2003). The Court has considered the defendant's claims, which are not supported by legal authority, and finds that they do not establish a defect in the indictment. Fed. R. Crim. P. 12(3)(B).

**IT IS THEREFORE ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: November 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge