# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11CR253-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NAZIM HOSEIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the letter received March 22, 2012 from Defendant (document #37) to the Court requesting removal of his attorney, Richard H. Tomberlin. The Court conducted a hearing on this matter on March 23, 2012.

Having fully considered the arguments, the record, and the applicable authority, the Court finds that there is no basis for removal of counsel for Defendant, as discussed below.

At the hearing, the Court afforded Defendant an opportunity to address his complaints about Mr. Tomberlin's representation. Defendant responded by asking if this was a criminal or civil matter. Defendant's position is that this is a civil matter and that the Court lacks jurisdiction. When the Court attempted to redirect him to the issue of counsel, Defendant persisted in making frivolous arguments about jurisdiction. The Court concluded the hearing when Defendant refused to address his complaints about counsel.

Based on the above facts, the Court does not find that there is a sufficient basis for removal of counsel for Defendant.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: March 27, 2012

David S. Cayer
United States Magistrate Judge