IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11CR253-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER ALLOWING GOVERNMENT |
| v. | ) | TO CORRECT INDICTMENT |
| | ) | |
| (1)NAZIM HOSEIN and | ) | |
| (2)SHERINA HOSEIN | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Correct Indictment" (Document No. 42) filed March 27, 2012. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS HEREBY ORDERED** that the United States be **ALLOWED** to correct the typographical errors in the Superseding Bill of Indictment (Document No. 38) and file a corrected indictment in this case.

**SO ORDERED**.

Signed: March 28, 2012

David C. Keesler
United States Magistrate Judge